### NEUSTADT v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. June 6, 1907.)

WITNESSES—OATH—NECESSITY.

The unsworn testimony of a 7½ year old child is inadmissible in a civil action.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 50, Witnesses, §§ 97, 798.]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Emanuel Neustadt against the New York City Railway Company. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and FITZGERALD and GOFF, JJ.

William E. Weaver, for appellant.

Max Silverstein, for respondent.

PER CURIAM. Our attention has not been called to any authority for the ruling of the court permitting the unsworn testimony of the

witness Weinrib, a child 7½ years of age, to be given; and the denial of the defendant's motion to strike it out, which was duly excepted to, was error.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.